# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Grimm, Paul W. | 2. Court or Organization  U.S. District Court, District of Maryland | 3. Date of Report  05/24/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge (active status) | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2020  **to**  12/31/2020 |

**7. Chambers or Office Address**

Chambers 465A U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor, Part Time | University of Maryland School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of Maryland | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Dietician-Health Care Services Group (HCSG) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  M&T Bank accounts | A | Interest | L | T | | | | | |
| 2.  AXA Equitable TSA (Equi-Vest) | | None | L | T | | | | | |
| 3.  Fidelity Government Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 4.  Fidelity Government Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 5.  T Rowe Price Government Money | A | Dividend | L | T | | | | | |
| 6.  IRA - MORGAN STANLEY (#1) (H): | | | | | | | | | |
| 7.  - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 8.  -IShares S&P 500 Value ETF | A | Dividend | K | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 9. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 10. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 11. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 12. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 13. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 14.  -IShares S&P Mid-Cap 400 V ETF | A | Dividend | J | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 15. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 16. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 17. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 19. -Invesco S&P 500 Revenue ETF | A | Dividend | K | T | Buy (add'l) | 02/24/20 | J | | |
| 20. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 21. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 22. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 23. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 24. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 25. -Invesco S&P 500 Low Volatility ETF | A | Dividend | | | Buy (add'l) | 02/24/20 | J | | |
| 26. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 27. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 28. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 29. | | | | | Sold | 05/13/20 | J | A | |
| 30. -American Century Emerging Markets I | A | Dividend | K | T | Buy (add'l) | 02/24/20 | J | | |
| 31. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 32. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 33. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 34. | | | | | Buy (add'l) | 06/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 36.    -Goldman Sachs Absolute Return Tracker | A | Dividend | K | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 42.    -Janus Henderson International Opportunity | A | Dividend | K | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 48.    -Neuberger Berman Core Bond Inst | B | Dividend | K | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 06/03/20 | K | A | |
| 53. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 54.    -PGIM Jennison Mid Cap Growth Z | C | Dividend | J | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 60.    -PGIM Absolute Return Bond Z | A | Dividend | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 64. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 66. | | | | | Sold | 12/04/20 | J | | |
| 67.    -Royce Opportunity Inv | | None | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 70. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 71. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 72. | | | | | Sold | 06/16/20 | J | | |
| 73.   -Touchstone Sands Capital Select Growth Y | A | Dividend | J | T | Buy (add'l) | 02/24/20 | J | | |
| 74. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 75. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 76. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 77. | | | | | Sold (part) | 06/03/20 | J | A | |
| 78. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 79.   -Lord Abbett Total Return | B | Dividend | K | T | Buy (add'l) | 02/24/20 | J | | |
| 80. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 81. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 82. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 83. | | | | | Sold (part) | 06/03/20 | J | A | |
| 84. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 85.   -Guggenheim Macro Opportunity | A | Dividend | J | T | Buy (add'l) | 02/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 87. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 88. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 89. | | | | | Sold (part) | 06/03/20 | J | | |
| 90. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 91. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 92.    -Hartford Multi Factor Develop | | None | | | Buy (add'l) | 02/24/20 | J | | |
| 93. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 94. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 95. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 96. | | | | | Sold | 06/03/20 | J | | |
| 97.    -AB Concentrated Gw Adv | A | Dividend | K | T | Buy (add'l) | 02/24/20 | J | | |
| 98. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 99. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 100. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 101. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 102. | | | | | Buy (add'l) | 09/23/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Federated Hermes Kaufmann Small Cap | A | Dividend | J | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 109. -Franklin Intl Growth | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 111. -Victory Shares US Min Vol | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 114. -Virtus KAR SM-CAP Value | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 116. -WCM Focused Intl Gwth | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 118. IRA - MORGAN STANLEY (#2) (H): | | | | | | | | | |
| 119. -SPDR S&P 500 ETF Trust | A | Dividend | | | Sold<br>(part) | 03/04/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 03/04/20 | K | C | |
| 121. -Schwab US Mid Cap ETF | A | Dividend | J | T | Buy (add'l) | 02/12/20 | K | | |
| 122. | | | | | Sold (part) | 02/26/20 | K | | |
| 123. | | | | | Buy (add'l) | 11/11/20 | K | | |
| 124. | | | | | Sold (part) | 11/16/20 | J | A | |
| 125. -SPDR S&P Mid Cap 400 ETF Trust | A | Dividend | K | T | Buy (add'l) | 03/09/20 | J | | |
| 126. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 127. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 128. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 129. | | | | | Buy (add'l) | 07/24/20 | K | | |
| 130. | | | | | Sold (part) | 09/16/20 | K | A | |
| 131. | | | | | Sold (part) | 11/09/20 | K | C | |
| 132. | | | | | Sold (part) | 11/09/20 | J | D | |
| 133. -Vanguard Mid Cap ETF | A | Dividend | J | T | Sold (part) | 02/05/20 | K | B | |
| 134. | | | | | Sold (part) | 03/03/20 | K | A | |
| 135. | | | | | Sold (part) | 03/04/20 | K | A | |
| 136. | | | | | Buy (add'l) | 06/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 06/10/20 | K | | |
| 138. | | | | | Sold<br>(part) | 06/17/20 | K | | |
| 139. | | | | | Buy<br>(add'l) | 10/07/20 | K | | |
| 140. | | | | | Sold<br>(part) | 10/09/20 | J | A | |
| 141. | | | | | Sold<br>(part) | 11/05/20 | J | A | |
| 142. | | | | | Sold<br>(part) | 11/05/20 | J | A | |
| 143.  -SPDR DJIA Trust | A | Dividend | K | T | Sold<br>(part) | 03/02/20 | K | | |
| 144. | | | | | Buy<br>(add'l) | 07/07/20 | K | | |
| 145. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 07/28/20 | K | | |
| 147. | | | | | Sold<br>(part) | 09/29/20 | K | A | |
| 148. | | | | | Sold<br>(part) | 11/09/20 | J | B | |
| 149.  -Morgan Stanley Bank | A | Interest | M | T | | | | | |
| 150.  -Invesco S&P 500 Revenue ETF | | | | | Sold<br>(part) | 01/16/20 | J | A | |
| 151. | | | | | Sold<br>(part) | 02/27/20 | K | | |
| 152. | | | | | Buy<br>(add'l) | 10/08/20 | K | | |
| 153. | | | | | Sold<br>(part) | 10/29/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   -Schwab US Large Cap ETF | A | Dividend | | | Buy | 02/11/20 | K | | |
| 155. | | | | | Sold | 03/03/20 | K | | |
| 156. | | | | | Buy | 06/09/20 | J | | |
| 157. | | | | | Sold | 06/30/20 | J | | |
| 158.   -iShares Russell Top 200 | A | Dividend | | | Sold (part) | 02/04/20 | K | A | |
| 159. | | | | | Sold (part) | 03/02/20 | K | | |
| 160. | | | | | Sold | 03/02/20 | K | | |
| 161. | | | | | Buy (add'l) | 09/01/20 | K | | |
| 162. | | | | | Sold | 09/29/20 | K | | |
| 163. | | | | | Buy | 11/10/20 | K | | |
| 164. | | | | | Sold (part) | 11/24/20 | J | A | |
| 165. | | | | | Sold | 11/24/20 | J | A | |
| 166.   -FEDERATED GOVT OBLIG ADV | A | Dividend | | | Buy | 01/09/20 | K | | |
| 167. | | | | | Buy (add'l) | 03/04/20 | M | | |
| 168. | | | | | Sold (part) | 03/06/20 | K | | |
| 169. | | | | | Sold (part) | 03/09/20 | K | | |
| 170. | | | | | Sold (part) | 03/12/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold | 03/17/20 | M | A | |
| 172.   -INVESCO S&P 500 EQUAL WEIGHT | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 175. | | | | | Sold<br>(part) | 10/01/20 | K | C | |
| 176.   -VANGUARD INDEX FDS S&P 500 ETF | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 06/04/20 | K | | |
| 178. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 179. | | | | | Sold<br>(part) | 08/11/20 | J | A | |
| 180. | | | | | Sold<br>(part) | 08/13/20 | J | A | |
| 181. | | | | | Sold<br>(part) | 08/26/20 | J | B | |
| 182. | | | | | Sold<br>(part) | 09/02/20 | J | B | |
| 183. | | | | | Sold<br>(part) | 10/01/20 | J | A | |
| 184. | | | | | Buy<br>(add'l) | 11/12/20 | K | | |
| 185. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 186.   VANGUARD VALUE ETF INDEX | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 187. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimm, Paul W.** | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 189. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 191. | | | | | Sold<br>(part) | 08/25/20 | K | A | |
| 192. | | | | | Buy<br>(add'l) | 10/06/20 | K | | |
| 193. | | | | | Buy<br>(add'l) | 10/13/20 | K | | |
| 194. | | | | | Sold<br>(part) | 11/03/20 | K | | |
| 195. IRA - MORGAN STANLEY (#3) (H): | | | | | | | | | |
| 196. -Morgan Stanley Bank | A | Interest | | | | | | | |
| 197. -Eaton Vance Tax Mg By-WR | B | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | A | |
| 198. -IShares Cohen & Steers REIT ETF | A | Dividend | | | Buy<br>(add'l) | 01/27/20 | J | | |
| 199. | | | | | Sold | 04/24/20 | J | | |
| 200. -Invesco S&P 500 High Dividend | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 201. -SPDR Barclays Convertible | A | Dividend | | | Sold<br>(part) | 01/27/20 | J | B | |
| 202. | | | | | Sold | 04/24/20 | J | B | |
| 203. -SPDR S&P Dividend | A | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | A | |
| 204. -Voya Global Advantage | B | Dividend | J | T | Sold<br>(part) | 01/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   -AB High Income Adv | A | Dividend | J | T | Sold (part) | 01/27/20 | J | A | |
| 206.   -Janus Henderson Global Income | B | Dividend | K | T | Sold (part) | 01/27/20 | J | | |
| 207.   -Principal Preferred Sec Inst. | A | Dividend | K | T | Sold (part) | 01/27/20 | J | A | |
| 208.   -PGIM Absolute Return Bond Z | A | Dividend | | | Buy (add'l) | 01/27/20 | J | | |
| 209. | | | | | Sold | 12/04/20 | K | | |
| 210.   -Columbia Strategic Income | A | Dividend | K | T | Buy (add'l) | 01/27/20 | J | | |
| 211. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 212.   -Guggenheim Macro Opport I | A | Dividend | K | T | Buy (add'l) | 01/27/20 | J | | |
| 213. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 214.   -CALAMOS CONVERTIBLE FUND I | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 215. | | | | | Sold (part) | 10/05/20 | J | A | |
| 216.   -FEDERATED HRMS STR VAL DIV IS | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 217.   -PERFORMANCE TRUST STRAT BD I | A | Dividend | K | T | Buy | 01/27/20 | J | | |
| 218. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 219.   Exelon Corporation stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 103 Federated Kaufmann Small Cap: name change to Federated Hermes Kaufmann Small Cap

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/24/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544